IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 412-119 |
| | * |
| CHARLES STARKS | * |

O R D E R

On January 9, 2020, the Court denied Defendant Charles Starks's motion to appoint counsel to help him prosecute a claim for relief based upon Rehaif v. United States, --- U.S. ---, 139 S. Ct. 2191 (Jun. 21, 2019). (See Order of Jan. 9, 2020, Doc. 50.) The Court explained therein that in order to attack the legality of his conviction in this regard, Defendant must move the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider a second or successive motion under 28 U.S.C. § 2255 motion. (See id. at 2 (citing 28 U.S.C. §§ 2255, 2244(b)(3))).

Thereafter, on September 9, 2020, Defendant filed a "Judicial Notice" seeking Rehaif relief under Federal Rule of Evidence 201(d). (Doc. 51.) The Government responded to the "Judicial Notice," again explaining that Defendant must obtain Eleventh Circuit authorization to file a second or successive § 2255 motion. (Doc. 52)

At present, Defendant has filed a "Motion for Judgment on Pleading and Immediately Release as Time Served." Again, Defendant cites the Rehaif case. The Court does not require a response. This Court does not have jurisdiction to address Defendant's motion for relief under Rehaif or any other challenge to the legality of his conviction without authorization from the Eleventh Circuit to do so. Accordingly, Defendant's latest motion (doc. 54) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA